IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEREMY D. REED,

    Plaintiff,

v.

PREBLE COUNTY OHIO SHERIFF
DEPARTMENT, et al.,

    Defendants.

Case No. 3:22-cv-62

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE
JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #4);
DISMISSING CASE WITHOUT PREJUDICE FOR WANT OF
PROSECUTION; JUDGMENT TO ENTER IN FAVOR OF
DEFENDANTS AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Stephanie K. Bowman in her April 15, 2022, Report and Recommendations, Doc. #4, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although Plaintiff was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections were filed within the time allotted.

Accordingly, the Court DISMISSES the above case WITHOUT PREJUDICE for want of prosecution.

Judgment shall be entered in favor of Defendants and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: May 11, 2022

WALTER H. RICE
UNITED STATES DISTRICT JUDGE